MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| IRMA FARIAS,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01122-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's motion for summary judgment. The current due date is October 31, 2018. The new due date will be December 17, 2018.

    This is Defendant's first request for an extension of time and this is the first request for an extension of time in this case overall. There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been addressing her full workload of district court cases and other cases including other cases that were previously extended. In addition, new matters that were not previously anticipated and could not be

1 | assigned to another attorney, including a hearing with about a week's notice in advance, created
2 | some crowding of the briefing schedule around the due date of this case.  Moreover, Defendant's
3 | counsel continues to have a full workload for the next few weeks.  Thus, Defendant is
4 | respectfully requesting additional time up to and including December 17, 2018, to fully review
5 | the record and research the issues presented by Plaintiff's motion for summary judgment.  This
6 | request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: October 29, 2018

*s/ Young C. Cho by C.Chen\**
(As authorized by email on 10/29/2018)
YOUNG C. CHO
Attorneys for Plaintiff

Date: October 29, 2018        MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  October 30, 2018.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE