Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Irma Alicia Farias

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA ALICIA FARIAS,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 2:18-cv-01122-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE

JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Irma Alicia Farias

be awarded attorney fees in the amount of four thousand dollars ($4,000.00) under

the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the

-1-

amount of zero dollars ($0.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Irma Alicia Farias, the government will consider the matter of Farias's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Farias, but if the Department of the Treasury determines that Farias does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Farias.[1]  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Farias's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Farias and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 29, 2019          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*

BY:_____
Young Cho
Attorney for plaintiff Irma Alicia Farias

DATED: October 29, 2019     McGREGOR W. SCOTT
United States Attorney


/s/ *Annabelle J. Yang*

_____
ANNABELLE J. YANG
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW SAUL, Commissioner of Social
Security (Per e-mail authorization)




**ORDER**

Approved and so ordered.

DATED:  October 30, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE